# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Newport News Division

In re:    JOSEPH AARON SILVUS                                                                                   Chapter 13
                                                                                                    Case No.: 13-50040-SCS

Debtor

## REPORT OF DEPOSIT OF UNCLAIMED FUNDS

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347 the Trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The unclaimed funds represent the dividend(s) due and payable to:

(Debtor(s) or Creditor(s) name and address)                                                              (Amount of dividend)

JOSEPH AARON SILVUS                                                                                               $960.00
40 QUEENS CREEK ROAD
MATHEWS, VA 23668

Date: December 27, 2013                                        /s/ Michael P. Cotter
                                                               Michael P. Cotter
                                                               Chapter 13 Standing Trustee
                                                               870 Greenbrier Circle, Suite 402
                                                               Chesapeake, VA  23320
                                                               (757) 961-3000