# UNITED STATES BANKRUPTCY COURT

# FOR THE

# EASTERN DISTRICT OF VIRGINIA

In Re:
Jennifer Christine Kidd                               Case # 19-10412-KHK

### REPORT OF DEPOSIT OF UNCLAIMED FUNDS

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the trustee herein submits a check, or checks, payable to the "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of the Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. Unclaimed funds represent the dividend(s) due and payable to the entity identified as the original payee on the face of the enclosed check(s).

PAYEE                                                  AMOUNT

JENNIFER CHRISTINE KIDD                                $923.09
1443 Duke Street
Alexandria, VA  22314


Dated:       November 11, 2020           __/s/Thomas P. Gorman_____
                                         Thomas P. Gorman
                                         300 North Washington Street, Ste. 400
                                         Alexandria, VA 22314
                                         (703) 836-2226
                                         VSB#26421